CATSKILL NATIONAL BANK, Appellant, *v.* HERBERT W. LASHER et al., Respondents.

*Catskill Nat. Bank* v. *Lasher*, 165 App. Div. 548, affirmed.

(Submitted May 16, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1915, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action on two promissory notes indorsed by defendants. The defense was duress; that a relative of the defendants having forged their indorsements on the notes, in order to compound and settle said felony, on demand of the plaintiff, defendants signed the writing on the back of the notes, in consideration of which the plaintiff agreed to and did desist from prosecuting upon said felony, and that there was no con-

sideration for the signing of said writing by the defendants; and that any indorsements or writing upon the notes mentioned in the complaint was a special promise to answer for the debt of another, and mentioned no consideration for such signatures to the memorandum on the back of the notes, and that there was no consideration therefor.

*J. Stewart Ross* for appellant.

*H. Leroy Austin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: CHASE, J.